AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED
*September 06, 2024*

Nathan Ochsner, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| Rose GARCIA a/k/a JANET | ) | **4:24-mj-397** |
| YOB: 1988 | ) | |
| Citizenship: USC | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 4, 2024 in the county of Harris in the Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 846 | Conspiracy To Posses With Intent To Distribute Over 400 Grams Of Fentanyl, A Schedule II Controlled Substance |

This criminal complaint is based on these facts:

See Attachment A

☒ Continued on the attached sheet.

Approved by AUSA Patricia Profit

*Complainant's signature*

Patrick E. Zaruba, DEA Special Agent
*Printed name and title*

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically per Fed.R.Cr.4.1

Date: September 06, 2024

*Judge's signature*

City and state: Houston, Texas

Christina A. Bryan, United States Magistrate Judge
*Printed name and title*

4:24-mj-397

## ATTACHMENT A

On September 3, 2024 Agents received information from a cooperating defendant who advised a female named Janet, later identified as Rose GARCIA, who was residing in San Antonio, Texas was looking for a buyer for 16,000 fentanyl pills in the Houston, Texas area and provided a phone number for GARCIA. On the same date, a Confidential Source called GARCIA and requested to purchase the pills.

On September 4, 2024 GARCIA contacted the Confidential Source and advised that a male would contact the Confidential Source around 4:00 pm to arrange the transaction. GARCIA instructed the Confidential Source to cut each pill into fourths and to not ingest more than a half of the pill due to the potency.

On the same date at approximately 4:15 pm, Gustavo VILLANUEVA contacted the Confidential Source and advised he would meet at 4703 E Mount Houston Road, Houston, Texas which is located in Harris, County Texas, within the Southern District of Texas, in order to conduct the transaction. An undercover officer then contacted VILLANUEVA and agreed to meet at the above location. At approximately 6:40 pm, VILLANUEVA arrived at the location and met with the undercover officer. The undercover officer met with VILLANUEVA and VILLANUEVA provided the officer with a black bag containing 19 bags with each containing pills. VILLANUEVA was then placed under arrest. The fentanyl pills were weighed determining the weight to be 2.10 kilograms.

VILLANUEVA was advised of his Miranda Rights and advised he was going to paid $1000.00 USC for delivering the pills. VILLANUEVA stated he did not know what type of drug it was, however he knew that it was drugs because of it being quick money. VILLANUEVA further stated he was contacted by his sister in law whom he knew as Janet, who instructed him to deliver the drugs. VILLANUEVA identified GARCIA as Janet after looking at the driver's license photograph of ROSE.

Patrick Zaruba
Special Agent
Drug Enforcement Administration

Signed and sworn telephonically before me on September 6, 2024 and I find probable cause.

Christina A. Bryan
United States Magistrate Judge